TROUTMAN PEPPER HAMILTON SANDERS LLP
TWO CALIFORNIA PLAZA
350 SOUTH GRAND AVENUE
SUITE 3400
LOS ANGELES, CA 90071

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT P. HUCKABY, individually and as Trustee of the Circle H Bar T Trust; JOYCE ANN TRITSCH, individually and as Trustee of the Circle H Bar T Trust; U.S. BANK, TRUSTEE OF THE NRZ PASS-THROUGH TRUST V-B; EL DORADO COUNTY, CALIFORNIA,<br><br>    Defendants. | Case No. 2:23-cv-00587-JDP<br><br>(Assigned to Hon. Magistrate Judge Jeremy D. Peterson)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT** |

[PROPOSED] ORDER

155075959v1

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having fully considered the parties' Stipulation and Application to Extend Time to Respond to the Initial Complaint and good cause having been shown:

**IT IS HEREBY ORDERED** that the deadline for Defendant U.S. Bank, Trustee of the NRZ Pass-Through Trust V-B's response to the Complaint is continued to May 26, 2023.

IT IS SO ORDERED.

Dated:   May 9, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

- 2 -
[PROPOSED] ORDER

155075959v1