UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. HUCKABY, et al.,<br><br>Defendants. | No. 2:23-cv-00587-DAD-JDP<br><br>ORDER APPROVING LIEN PRIORITY STIPLUATION BETWEEN PLAINTIFF AND DEFENDANTS EL DORADO COUNTY AND U.S. BANK |

Plaintiff, the United States of America ("United States"), initiated this action on March 29, 2023 seeking to determine that defendants Robert P. Huckaby and Joyce A. Tritsch are the true owners of real property located at 2448 Alice Lake Road, South Lake Tahoe, California, 96150 (the "subject property") and to enforce the United States' judgment lien against the subject property. (Doc. No. 1.) In the complaint, the United States requests that the court enter an order authorizing the United States to enforce its judgment lien against the subject property by ordering that the property be sold sale free and clear of all claims of the parties, with the net proceeds of the sale to be distributed to the United States and the other parties in accordance with their lawful priorities. (*Id.* at 11.) According to the United States, defendant U.S. Bank as Trustee of the NRZ Pass-Through Trust V-B ("U.S. Bank") and defendant El Dorado County were named as defendants solely because the United States believed they may claim an interest in the subject property. Apart from seeking an order of sale of the subject property free and clear of their

1

1  interests, the United States is not requesting any other relief against them.

2        On May 26, 2023, plaintiff and defendants U.S. Bank and El Dorado County (collectively
3  the "parties"), jointly filed a lien priority stipulation between them with regard to the real property
4  at issue in this action ("the Subject Property"). (Doc. No. 12.)

5        Having considered the parties' stipulation and good cause appearing, the court orders as
6  follows:

7      1.    The parties' lien priority stipulation (Doc. No. 12) is approved;

8      2.    In the event the court orders the sale of the subject property, it will be sold free and
9          clear of all the interests of the parties to this case;

10      3.    The proposed Order of Judicial Sale submitted to the court by the United States
11          shall provide that the sale proceeds will be distributed as follows in Table 1 -
12          Distribution of Sale Proceeds

| Party | Lien/Basis for Payment |
| --- | --- |
| Costs and expenses of sale | N/A |
| El Dorado County, California | To the extent there is any unpaid amount owed to El Dorado County, California to which 26 U.S.C. § 6323(b)(6) applies, on the date of the sale of the subject property such amount will be pro-rated through the date of the sale confirmation and distributed to El Dorado County, California. |
| U.S. Bank as Trustee of the NRZ Pass-Through Trust V-B | By virtue of the Deed of Trust recorded on September 2, 2005, in El Dorado County, California as document number 2005-0074109-00 and assigned to U.S. Bank as Trustee of the NRZ Pass-Through Trust V-B on May 21, 2020, as document number 20209002286800001. |
| The United States of America | By virtue of the abstract of judgment recorded on November 2, 2018, in El Dorado County, California as document number 2018-0042492-00. |

26      4.    Upon the request by the United States, U.S. Bank and El Dorado County will
27          provide payoff information regarding the amount owed on their liens set forth in
28          Table 1 above;

5. If the parties cannot stipulate as to the amounts of their liens set forth in Table 1 above, the parties will file written briefs setting forth their positions and request that the Court determine the amounts owed on the above liens;

6. The parties agree to bear their own costs and attorney's fees except that the costs incurred in selling the subject are to be reimbursed from the proceeds of the sale of the subject property prior to satisfying the outstanding liens; and

7. Except as provided above or as ordered by the court, U.S. Bank and El Dorado County shall be excused from participation in this case, including, but not limited to scheduling conferences, settlement conferences and trial.  However, this paragraph of this order shall not be construed as relieving U.S. Bank or El Dorado County of their obligation to regularly review the docket and filings in this case and participate to the extent they feel necessary to defend their interests.

IT IS SO ORDERED.

Dated:   **June 15, 2023**                                  /s/ Dale A. Drozd
                                                            UNITED STATES DISTRICT JUDGE