DAVID HUBBERT
Deputy Assistant Attorney General

MATTHEW UHALDE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT P. HUCKABY, INDIVIDUALLY AND AS TRUSTEE OF THE CIRCLE H BAR T TRUST;<br>JOYCE ANN TRITSCH, INDIVIDUALLY AND AS TRUSTEE OF THE CIRCLE H BAR T TRUST;<br>U.S. BANK, TRUSTEE OF THE NRZ PASS-THROUGH TRUST V-B;<br>EL DORADO COUNTY, CALIFORNIA,<br><br>    Defendants. | Case No. 2:23-cv-00587-JDP<br><br>**Order Granting Ex Parte Application to Extend Time** |

For good cause shown, the Court GRANTS the United States' *ex parte* application to extend its deadline to respond to Defendants' motion for reconsideration. The United States shall respond to the motion by July 8, 2024.

IT IS SO ORDERED.

Dated:   June 24, 2024                                   _____
                                                         JEREMY D. PETERSON
                                                         UNITED STATES MAGISTRATE JUDGE