UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT P. HUCKABY, et al.,

Defendants.

No.  2:23-cv-00587-DAD-JDP

ORDER TAKING MOTION FOR ORDER OF JUDICIAL SALE UNDER SUBMISSION AND DIRECTING FILING OF JOINT STATUS REPORT

On March 29, 2023, plaintiff United States filed a complaint against defendants Robert P. Huckaby, Joyce Ann Tritsch, U.S. Bank, and El Dorado County, California.  (Doc. No. 1.)  In that complaint, plaintiff sought to foreclose its judgment lien against defendant Huckaby on a property located in El Dorado County, California.  (*Id.* at ¶ 9.)  Plaintiff stated four "counts[:]"  (1) determine that plaintiff may enforce its prior judgment lien against the subject property because defendant Huckaby was a settlor of the Circle H Bar T Trust ("the Trust") which held the subject property (*id.* at ¶¶ 22, 35–39); (2) determine that defendants Huckaby and Tritsch hold title to the subject property as trustees and that the Trust held title to the subject property as an alter-ego or nominee of defendants Huckaby and Tritsch (*id.* at ¶¶ 40–46); (3) set aside the transfer of the subject property to the Trust under the California Uniform Voidable Transactions Act, California Civil Code §§ 3439, *et seq.* (*id.* at ¶¶ 47–55); and (4) enforce judgment lien (*id.* at ¶¶ 56–61).

/////

1

On June 23, 2025, plaintiff filed a motion for summary judgment that requested that the court declare that defendants Huckaby and Tritsch are the true owners of the subject property as joint tenants, that plaintiff's judgment lien encumbers defendant Huckaby's one-half ownership interest in that property, and that plaintiff may submit a proposed order of foreclosure of the subject property. (Doc. No. 43 at 8.) Plaintiff failed to specify which, if any, of their causes of action would be resolved by granting this motion for summary judgment. On March 3, 2026, the court granted the motion in part, declaring that the judgment lien encumbered defendant Huckaby's one-half ownership interest and that plaintiff may submit a proposed order of foreclosure, but declining to find that defendants Huckaby and Tritsch were joint tenants as such a finding was unnecessary for enforcement of the judgment lien. (Doc. No. 47 at 6, 8.)

On April 20, 2026, plaintiff filed a motion for order of judicial sale. (Doc. No. 48.) On May 17, 2026, defendants filed an untimely opposition to that motion and on May 21, 2026, plaintiff filed its reply thereto. (Doc. Nos. 49, 50.) Pursuant to Local Rule 230(g), the court takes the pending motion for order of judicial sale (Doc. No. 48) under submission without oral argument. Accordingly, the court VACATES the hearing set for June 1, 2026.

At present, the parties have a Final Pretrial Conference set for June 8, 2026 before the undersigned. (Doc. No. 41.) It is unclear which, if any, of plaintiff's claims were not resolved by the order addressing its motion for summary judgment or by the anticipated order resolving plaintiff's motion for order of judicial sale. Accordingly, the court DIRECTS the parties to file a joint status report no later than **May 28, 2026** regarding the necessity of holding a pre-trial conference in this action.

IT IS SO ORDERED.

Dated:  **May 22, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2